

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2019

No. 04-19-00026-CV

**STUDIO E. ARCHITECTURE AND INTERIORS, INC.,**
Appellants

v.

Emily **LEHMBERG,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-10649
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

This court issued its opinion in this case on April 17, 2019. On May 2, 2019, appellees filed a motion for en banc reconsideration. The en banc court has considered the motion for en banc reconsideration. The motion is DENIED. *See* TEX. R. APP. P. 49.7.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court